Vetter v. Welz & Zerweck, a Corporation; The People of the State of New York ex rel. Queens County Water Company v. Woodbury; In the Matter of the City of New York, etc. (Roebling Street, etc.); Ethel Schlafer, Appellant, v. David Stern and Others, Respondents; The People of the State of New York v. Prince; Seaman v. McLaury; Arker v. Cohen; Levine v. Rosenschein; In the Matter of The City of New York, etc. (Jamaica Avenue); Stephen J. Donlon and Others, Respondents, v. Stephen A. Donlon, Appellant.

The following cases are to be reargued, and are set down for reargument respectively on Wednesday, January 25, 1911. The rearguments are required in view of the changes in the personnel of the court, and not for the further enlightenment of the court. Respective parties, if they desire, may submit their cases upon the arguments heretofore made. Archibald Bowman, Appellant, v. Percy N. Furber and Others, Respondents (Appeal No. 2); John Zahn and Elizabeth J. Zahn, Appellants, v. James Wilson, Respondent; Voorhees v. Unger; Frederick Weber, Respondent, v. Henry Tredob, Appellant; Schlappendorf v. American Railway Traffic Company; Patrick C. Mulvey, an Infant, by Elizabeth Corcoran, His Guardian ad Litem, Respondent, v. Long Island Railroad Company, Appellant, Impleaded with Another; Antonio Orlando, an Infant, by Michael Orlando, His Guardian ad Litem, Respondent, v. Long Island Railroad Company, Appellant, Impleaded with Another; Alice J. Flouest, Appellant, v. Victor Vizet and Others, Respondents (2 cases); Alice J. Flouest, Appellant, v. New Rochelle Trust Company; Respondent; Grunfelder v. B. H. R. R. Co.; The People of the State of New York, Respondent, v. Abraham Lewis, Appellant; Tower Ridge Yacht Club, Appellant, v. August Schaeffel Hastings, Respondent, Substituted in Place and Stead of Bernhard Schaeffel, Deceased.

William H. H. Pinckney, Agent, etc., Respondent, v. Herman Morthorst and Henry Kroeger, Appellants.— Final order of the Municipal Court affirmed by default, with costs. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Harry Mormon, Appellant.— Appeal dismissed and certificate of reasonable doubt vacated. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Magdalena Schlitz, as Administratrix, etc., Appellant, v. Hugo Scheller, Respondent.— Judgment of the Municipal Court affirmed by default, with costs. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Borough Bank of Brooklyn, Respondent, v. Cresco Realty Company and Others, Defendants, and Edward J. McLaughlin, Appellant.— Motion granted, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

William Estabrook, Respondent, v. Newburg Light, Heat and Power Company, Appellant, and Orange Traction Company, Defendant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Dudley Oliver Osterheld, Respondent, v. Star Company, Appellant.— Motion granted, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of Lizzie D. Affleck and James G. Affleck, as Trustees under the Last Will and